# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **REBECCA KRANDLE**, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**REFUAH HEALTH CENTER, INC.**,<br><br>Defendant | Civil Action No. 7:22-cv-04977<br><br>**MEMO ENDORSED** |

## NOTICE OF MOTION

Plaintiff Rebecca Krandle ("Plaintiff"), by and through her attorneys, respectfully moves this Court for an Order remanding this matter to the Supreme Court of New York, Rockland County pursuant to 28 U.S.C. § 1447(c).

In support of this Motion, Plaintiff relies on the attached Memorandum of Law and the arguments of counsel.

Dated: July 14, 2022

Respectfully submitted,

*/s/ Michael Liskow*
Michael Liskow
**CALCATERRA POLLACK LLP**
1140 Avenue of the Americas, 9th Floor
New York, New York 10036
Phone: (212) 899-1760
Fax: (332) 206-2073
Email: mliskow@calcaterrapollack.com

Anthony L. Parkhill*
Riley W. Prince*
**BARNOW AND ASSOCIATES, P.C.**
205 West Randolph Street, Ste. 1630
Chicago, IL 60606
Tel: 312-621-2000

Fax: 312-641-5504
aparkhill@barnowlaw.com
rprince@barnowlaw.com
*pro hac vice to be submitted

Plaintiff's motion is denied without prejudice for failure to follow the Court's Individual Rules of Practice with respect to pre-motion letter briefing and conferences.

The Clerk of Court is directed to terminate the pending motion. (Dkt. No. 9.)

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.

7/15/22