**EPSTEIN
BECKER
GREEN**

Attorneys at Law

MEMO ENDORSED

Brian G. Cesaratto
t 212.351.4921
f 212.878.8600
BCesaratto@ebglaw.com

April 21, 2023

Via ECF

Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

Re:    Krandle v. Refuah Health Ctr., Inc., 22 CV 4977 (KMK);
       Esposito v. Refuah Ctr., Inc., 22 CV 5039 (KMK)

Dear Judge Karas:

We are counsel for Defendant Refuah Health Center ("Refuah") in the above referenced matters.

After the Court's conference in these matters on April 14, 2023, the parties have met and conferred about appropriate discovery. The parties are in the process of discussing proposals and need additional time to complete those discussions. The parties respectfully request leave to file a status letter with the Court next Friday, April 28, 2023, and adjourn today's conference pending submission of the parties' status letter.

Granted.

So Ordered.

4/21/23

Respectively,

s/Brian G Cesaratto

cc. All Parties (via ECF)