**EPSTEIN
BECKER
GREEN**

Attorneys at Law

MEMO ENDO...

Brian G. Cesaratto
t  212.351.4921
f  212.878.8600
BCesaratto@ebglaw.com

October 13, 2023

Via ECF
Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

      Re:    Krandle v. Refuah Health Ctr., Inc., 22 CV 4977 (KMK)
             Esposito v. Refuah Ctr., Inc. 22 CV 5039 (KMK)

Dear Judge Karas:

    We are counsel to Defendant Refuah Health Center ("Refuah" or "Defendant") in the above referenced consolidated actions. Refuah filed a motion to substitute the United States as the sole defendant in these actions, and Plaintiffs and the United States have filed oppositions. We write to respectfully request that the deadline for Refuah to file its reply papers in connection with this motion be moved two weeks from October 18, 2023 to November 1, 2023. All parties consent to Defendant's request. This is Refuah's first request for an extension of its reply deadline. This Court previously granted the Government's first and second requests, dated August 18 and August 31, 2023, respectively, for extensions of time to file opposition papers to Refuah's motion, which extensions Refuah consented to.

    We thank the Court for its consideration of this request.

Granted.

So Ordered.

10/13/23

Respectfully,

s/Brian G. Cesaratto

Brian G. Cesaratto

cc:    All Parties (via ECF)

Epstein Becker & Green, P.C.  |  875 Third Avenue  |  New York, NY 10022  |  t 212.351.4500  |  f 212.878.8600  |  ebglaw.com

FIRM:62771154v1