UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REBECCA KRANDLE, *individually, and on behalf of all others similarly situated*,

        Plaintiff,

v.

REFUAH HEALTH CENTER, INC,

        Defendant.

No. 22-CV-4977 (KMK)

---

DAWN ESPOSITO, *and* PAOLA CORTAZAR, *individually, and on behalf of all others similarly situated*,

        Plaintiffs,

v.

REFUAH HEALTH CENTER, INC,

        Defendant.

No. 22-CV-5039 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    In their motion to substitute briefing, the Parties and the United States debate whether maintaining the confidentiality of patient data is a "medical . . . or related function[]" for the purposes of 42 U.S.C. § 233. Without deciding, but assuming, that confidentiality *is* such a function, the Court would like the Parties and the United States to address whether that function includes protecting patient data from breaches by third parties, or whether it is limited to protecting against unauthorized disclosure by the deemed Public Health Service entity.

    The Parties' and the United States' submissions shall be no longer than 10 pages and are due no later than February 9, 2024.

SO ORDERED.

DATED:    January 25, 2024
               White Plains, New York

                                                    KENNETH M. KARAS
                                            United States District Judge