

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Brian G. Cesaratto
t  212.351.4921
f  212.878.8600
BCesaratto@ebglaw.com

February 5, 2024

Via ECF
Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

Re:  Krandle v. Refuah Health Ctr., Inc., 22 CV 4977 (KMK)
     Esposito v. Refuah Ctr., Inc. 22 CV 5039 (KMK)

Dear Judge Karas:

We are counsel to Defendant Refuah Health Center ("Refuah" or "Defendant") in the above referenced consolidated actions. We write to respectfully request that the deadline for all parties to file supplemental briefing, as ordered by the Court on January 25, 2024, be extended by one week from February 9, 2024 to February 16, 2024. All parties consent to this request. This is the first request for an extension of this deadline.

We thank the Court for its consideration of this request.

Granted, but there will be no further such extensions.

So Ordered.

*[signature]*
2/6/24

Respectfully,

s/Brian G. Cesaratto

Brian G. Cesaratto

cc:  All Parties (via ECF)

Epstein Becker & Green, P.C.  |  875 Third Avenue  |  New York, NY  10022  |  t  212.351.4500  |  f  212.878.8600  |  ebglaw.com

FIRM:63688979v1