

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

February 24, 2024

**By ECF**
Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

      Re:    *Krandle v. Refuah Health Ctr., Inc.*, 22 CV 4977 (KMK);
              *Esposito v. Refuah Health Ctr., Inc.*, 22 CV 5039 (KMK)

Dear Judge Karas:

      This Office represents the United States in these actions removed by defendant Refuah Health Center ("Refuah") from New York Supreme Court. Before the Court is Refuah's motion to substitute the United States for itself as defendant. I write regarding the Government's supplemental memorandum of law, which was due to be filed on February 16. Because the undersigned had a temporary internet connectivity problem, the document was not filed until 12:06 a.m. on February 17. The Government respectfully requests that the supplemental brief be accepted for filing *nunc pro tunc* to February 16. All other parties consent to the granting of this relief.

Granted.
So Ordered.
[signature]
2/26/24

Respectfully,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:   /s/ Brandon Cowart
       BRANDON H. COWART
       Assistant United States Attorney
       Telephone: (212) 637-2693
       Email: brandon.cowart@usdoj.gov

cc:    All Parties (by ECF)