**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
REBECCA KRANDLE, individually and on
behalf of all others similarly situated,

                Plaintiff,

-against-                                  22 **CIVIL** 4977 (KMK)

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------

DAWN ESPOSITO, *individually and on
behalf of all others similarly situated*, and
PAOLO CORTAZAR, *individually and on
behalf of all other similarly situated*,

                Plaintiffs                   22 **CIVIL** 5039 (KMK)

-against-                                  **JUDGMENT**

UNITED STATES OF AMERICA,

                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 03, 2025, Plaintiffs' Motion is denied and Defendant's Motion is granted. Accordingly, the Court orders that Plaintiffs' claims against the United States are dismissed without prejudice for failure to exhaust under 28 U.S.C. § 2675(a); and the cases are closed.

**Dated:** New York, New York                                TAMMI M. HELLWIG
                                                                       Clerk of Court
     March 3, 2025

                                                                    BY:
                                                                    Deputy Clerk